

**FILED**
7/22/2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



RECEIVED EAA

JUN 25 2015
6-25-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Malik Shabazz
_____

_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart of CCDOC
Superintendent Jones of Cermak
Officer Cusack of CCDOC
_____

_____

_____
(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

Case No: 15c 5694
Judge Amy J. St. Eve
Magistrate Judge Sheila M. Finnegan
PC7

CHECK ONE ONLY:

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Malik Shabazz

   B. List all aliases: N/A

   C. Prisoner identification number: 20140609001

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002, Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Tom Dart
      Title: Sheriff of Cook County
      Place of Employment: Cook County Jail

   B. Defendant: Jones
      Title: Superintendent of Cermak
      Place of Employment: Cook County Jail (Cermak)

   C. Defendant: Cusack
      Title: Correctional Officer
      Place of Employment: Cook County Jail

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 10/13/14 at Cook County Jail in Division 8 Cermak on unit 3-North at or around 6:20 p.m. in the dayroom area, I, Malik Shabazz was asking C/O Cusack to open my room door so that I could get my water jug, and C/O Cusack said "if I open your door, you go in" I then said that this wasn't a part of the rules and that I was being singled out because everybody else door was unlocked. Then this C/O Cusack became angry and told the other officer (name unknown) to open my door and said I was going in with use of force. C/O Cusack then began to push my wheelchair very hard forcing me to flip over on to the floor hitting my head and shoulder. C/O Cusack then started to drag me on the floor by my paralyzed leg about 15 ft into my room and then left me paralyzed on the floor, unable to move because of my condition of being paralyzed on left side of my body (spinal cord injury; brown cercude). I laid on the floor yelling for help for about 30 mins. Finally, PCA "O" came and asked what happen to me and I told

him that C/O Cusack knocked me out of my wheelchair and dragged me on the floor. "O" also noticed my pants were pulled down some, exposing my genital area, so he helped pull them up. I complained of head, neck and shoulder pain in tears and didn't want anyone to touch me. So a stretcher was brought and I was put on the stretcher and taken downstairs to Urgent Care (Cermak) I waited several hours to see the doctor but when I did, it was determined that I needed to go to the outside hospital. Around midnight I was taken to Stroger hospital with severe neck pain. At Stroger, several x-rays were taken and a "cat-scan" was done.

                                  top

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like compensatory relief, punitive relief and injunctive relief All which should equal to $200,000
Court fees paid
Additional $100,000 from each defendant

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_____

(Signature of plaintiff or plaintiffs)

(Print name)

(I.D. Number)

(Address)