UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Malik Shabazz, | ) | |
| | ) | |
| Plaintiff, | ) | 15 C 5694 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Amy J. St. Eve |
| | ) | Magistrate Judge |
| Officer Cusack of CCDOC, | ) | Sheila M. Finnegan |
| | ) | |
| Defendant. | ) | |

**DEFENDANT OFFICER CUSACK'S MOTION FOR AN**
**EXTENSION OF TIME TO COMPLETE FACT DISCOVERY**

Defendant Officer Cusack of CCDOC, by his attorney, Anita Alvarez, State's Attorney of Cook County, through her assistant, Megan K. McGrath, respectfully requests an extension of time up to and including March 4, 2016, to complete fact discovery in this matter. In support, Defendant Officer Cusack states:

1. On October 19, 2015, this Honorable Court set a deadline of January 29, 2016, for fact discovery to be completed. Docket ("Dkt.") at 14.

2. Pursuant to the scheduling order entered on October 19, Defendant Officer Cusack sent Rule 26(a)(1) disclosures and written discovery requests to Plaintiff on or about November 6, 2015. Plaintiff has not responded to these requests, nor has he served any discovery upon Defendant Officer Cusack.

3. Due to scheduling issues, including but not limited to Plaintiff's criminal court appearances and medical appointments, counsel for Defendant Officer Cusack has not been able to confirm a date in which to take Plaintiff's deposition, despite repeated efforts to do so.

1

4. Accordingly, Defendant Officer Cusack seeks an extension of time until March 4, 2016, to complete fact discovery. This date is requested because undersigned counsel is set to begin a week-long trial on February 8, 2016. As a result of this and obligations in other cases, counsel will not be able to schedule Plaintiff's deposition in the coming weeks.

5. This is Defendant Officer Cusack's first request for an extension of time.

WHEREFORE, Defendant Officer Cusack respectfully requests that this Court grant an extension of time to complete discovery in this matter to March 4, 2016.

Respectfully submitted,

By: */s/ Megan K. McGrath*
Megan K. McGrath
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-5967