IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Malik Shabazz , <br><br> Plaintiff(s), <br><br> v. <br><br> Officer Cusack, <br><br> Defendant(s). | Case No. 15 C 5694 <br> Judge Amy J. St. Eve |

## ORDER

(0:03)  Status hearing held on 2/24/16 and continued to 3/10/16 at 8:30 a.m. Mr. Jon Ehrenstrom's oral motion to withdraw as counsel for Plaintiff is granted. The Court recruits Rafey S. Balabanian of Edelson PC, 350 North LaSalle Street, Suite 1300, Chicago, IL 60654, 312/589-6370, Email: rbalabanian@edelson.com to represent Plaintiff in accordance with counsel's trial bar obligations under N.D.I.L. Local Rule 83.11(g) and 83.37.  New counsel shall be present at the 3/10/16 status hearing.  The Clerk is directed to provide a copy of this order to Plaintiff, Mr. Ehrenstrom and Mr. Balabanian.

Date: 2/24/2016

_____
Amy J. St. Eve
United States District Judge