# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Shabazz v. Cusack        Case Number: 15-cv-5694

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Malik Shabazz

Attorney name (type or print):   Rafey S. Balabanian

Firm:    Edelson PC

Street address:     329 Bryant Street

City/State/Zip:   San Francisco, California 94107

Bar ID Number: 6285687        Telephone Number:   (415) 212-9300
(See item 3 in instructions)

Email Address: rbalabanian@edelson.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 03/29/16

Attorney signature:   S/ Rafey S. Balabanian
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015