# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Shabazz v. Cusack            Case Number: 15-cv-5694

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Malik Shabazz

Attorney name (type or print):  Elizabeth A. Winkowski

Firm:    Edelson PC

Street address:    350 North LaSalle Street

City/State/Zip:    Chicago, Illinois 60654

Bar ID Number: 6316704            Telephone Number:    (312) 561-4106
(See item 3 in instructions)

Email Address: ewinkowski@edelson.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 03/29/16

Attorney signature:    S/ Elizabeth A. Winkowski
            (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015