**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Malik Shabazz, | ) | |
| | ) | |
| Plaintiff, | ) | 15 C 5694 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Amy J. St. Eve |
| Tom Dart of CCDOC, | ) | |
| Superintendent Jones of Cermak, | ) | |
| Officer Cusack of CCDOC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendants, by their attorneys, respectfully request that this Court grant Michael J. Sorich leave to withdraw his appearance as one of the attorneys of record in this matter and substitute the appearance of Anthony Zecchin. In support of this notice, Defendants state as follows:

1. Michael J. Sorich is a Cook County Assistant State's Attorney ("ASA") and has been one of the attorneys of record in the above-captioned matter.

2. As of May 4, 2016, Mr. Sorich will be leaving the employment of the Cook County State's Attorney's Office to work at Cavanagh Law Group.

3. As a result, Mr. Sorich will no longer be supervising or involved in the litigation in this matter.

4. In this matter, Defendants seek to withdraw the appearance of ASA Michael J. Sorich and substitute the appearance of ASA Anthony Zecchin, who will take over ASA Michael J. Sorich's duties and responsibilities as of May 4, 2016.

WHEREFORE, Defendants respectfully request that the appearance of ASA Michael J. Sorich is terminated in this action, to terminate notifications to him and also to substitute the appearance of ASA Anthony Zecchin in this matter.

Respectfully submitted,
ANITA ALVAREZ
State's Attorney of Cook County

/s/ *Michael J. Sorich*
 Michael J. Sorich
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois  60602
(312) 603-5170
