IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALIK SHABAZZ,<br><br>    *Plaintiff*,<br><br>    v.<br><br>SEAN CUSACK, JEFFREY BRYANT, and MARK MARELLA, in their individual capacities, SHERIFF TOM DART, in his official capacity, and COOK COUNTY,<br><br>    *Defendants*. | Case No.: 1:15-cv-5694<br><br>Honorable Amy J. St. Eve |

**JOINT MOTION FOR ENTRY OF PARTIES'**
**PROPOSED AGREED CONFIDENTIALITY ORDER**

    Plaintiff Malik Shabazz ("Plaintiff") and Defendants Sean Cusack, Jeffrey Bryant, Mark Marella, Sheriff Tom Dart, and Cook County (collectively "Defendants") hereby respectfully move the Court for entry of their Proposed Agreed Confidentiality Order pursuant to Fed. R. Civ. P. 26(c). In support of the motion, the Parties state as follows:

    1.    Plaintiff has and anticipates producing personal confidential information during the course of discovery, including medical records.

    2.    Defendants have and may produce during the course of discovery other documents and information containing confidential information.

    3.    These documents and information will cause the Parties great harm if produced without a Confidentiality Order.

    4.    The Parties recognize and agree that good cause exists for the entry of a confidentiality order that protects both Plaintiff and Defendants from annoyance, embarrassment, and oppression.

5. Consequently, the Parties have negotiated and arrived at a Proposed Agreed Confidentiality Order, which has been contemporaneously submitted to this Court's proposed order inbox. The Parties believe that the Proposed Agreed Confidentiality Order will adequately preserve their respective confidential information, and at the same time allow for these proceedings to remain open to the public as much as possible.

6. The Proposed Agreed Confidentiality Order comports with Local Rule 26.2 and contains substantially similar provisions as the Northern District of Illinois Model Confidentiality Order, Form LR26.2.

7. Notwithstanding, the Parties note the following two distinctions: (1) Under Paragraph 4, "Depositions," the Parties have elected "Alternative A" from the Model Confidentiality Order, and (2) the Parties have inserted a Paragraph 17, "Objections to Production," which specifies that nothing in the confidentiality order "shall be construed as to waive any party's right to object to the production of materials that are: (1) not reasonably calculated to lead to the discovery of admissible evidence, and/or (2) protected or exempt from disclosure pursuant to the law."

8. The Proposed Agreed Confidentiality Order as a whole further comports with the spirit and objectives of the Model Confidentiality Order.

WHEREFORE, the Parties jointly respectfully request that the Court enter the Proposed Agreed Confidentiality Order, a copy of which has been submitted to the Court's proposed order inbox.

Respectfully submitted,

**MALIK SHABAZZ,**

Dated: September 14, 2016              By: s/ Elizabeth Winkowski

One of Plaintiff's Attorneys

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Elizabeth Winkowski
ewinkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60604
Tel: 312.589.6370
Fax: 312.589.6378

**SEAN CUSACK, JEFFREY BRYANT, and MARK MARELLA, SHERIFF TOM DART, and COOK COUNTY,**

Dated: September 14, 2016

By: s/ Megan K. McGrath
One of Defendants' Attorneys

Megan K. McGrath
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-5967

## SIGNATURE ATTESTATION

      Pursuant to Section IX(C)(2) of the General Order on Electronic Case Filing, I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a confirmed signature (s/) within this e-filed document.

s/ Elizabeth Winkowski

## CERTIFICATE OF SERVICE

      I, Elizabeth Winkowski, an attorney, hereby certify that on September 14, 2016, I served the above and foregoing to by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

s/ Elizabeth Winkowski