**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MALIK SHABAZZ,<br><br>    *Plaintiff*,<br><br>v.<br><br>SEAN CUSACK, JEFFREY BRYANT, and MARK MARELLA, in their individual capacities, SHERIFF TOM DART, in his official capacity, and COOK COUNTY,<br><br>    *Defendants*. | Case No.: 1:15-cv-5694<br><br>Honorable Amy J. St. Eve |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, September 22, 2016 at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Amy J. St. Eve, or any judge sitting in her stead, in Courtroom 1241 of the United States Courthouse for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present *Joint Motion for Entry of Parties' Proposed Agreed Confidentiality Order*, a true and accurate copy of which has been filed and served upon all counsel of record via the Court's CM/ECF electronic filing system.

    Respectfully submitted,

    **MALIK SHABAZZ,**

Dated: September 14, 2016      By: s/ Elizabeth Winkowski
    One of Plaintiff's Attorneys

    Rafey S. Balabanian
    rbalabanian@edelson.com
    EDELSON PC
    123 Townsend Street
    San Francisco, California 94107
    Tel: 415.212.9300
    Fax: 415.373.9435

    Elizabeth Winkowski
    ewinkowski@edelson.com
    EDELSON PC

350 North LaSalle Street, 13th Floor
Chicago, Illinois 60604
Tel: 312.589.6370
Fax: 312.589.6378

## **CERTIFICATE OF SERVICE**

      I, Elizabeth Winkowski, an attorney, hereby certify that on September 14, 2016, I served the above and foregoing to by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                          s/ Elizabeth Winkowski