UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Malik Shabazz
                Plaintiff,

v.                                      Case No.: 1:15−cv−05694
                                        Honorable Amy J. St. Eve

Sean Cusack, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 22, 2016:

      MINUTE entry before the Honorable Sheila M. Finnegan: Settlement Conference set for 11/3/2016 at 1:30 p.m. at the request of the parties. Plaintiff's counsel is to provide a settlement letter to defense counsel by 10/13/2016. Defense counsel is to provide a responsive letter to plaintiff's counsel by 10/27/2016. Each party is to provide its letter to Judge Finnegan by e−mailing to (Proposed_Order_Finnegan@ilnd.uscourts.gov) on the same day that the letter is sent to opposing counsel. The parties are directed to review and comply with Judge Finnegan's Standing Order for Settlement Conferences (available on the court's website at www.ilnd.uscourts.gov by selecting the link for Magistrate Judge Finnegan and then the link for "Settlement Conferences"). Enter Video Writ. Status hearing set on 9/27/2016 is cancelled.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.