IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALIK SHABAZZ, *Plaintiff*, v. SEAN CUSACK, JEFFREY BRYANT, and MARK MARELLA, in their individual capacities, SHERIFF TOM DART, in his official capacity, and COOK COUNTY, *Defendants*. | Case No.: 1:15-cv-5694 Honorable Amy J. St. Eve |

**UNOPPOSED MOTION BY ELIZABETH WINKOWSKI
FOR LEAVE TO WITHDRAW HER APPEARANCE
AS ONE OF PLAINTIFF'S COUNSEL OF RECORD**

Elizabeth Winkowski, one of the attorneys of record for Plaintiff Malik Shabazz ("Plaintiff), respectfully moves this Court pursuant to Local Rule 83.17 for leave to withdraw her appearance as one of Plaintiff's counsel of record. In support of this unopposed motion, Ms. Winkowski states as follows:

1. On February 24, 2016, the Court appointed Rafey S. Balabanaian of Edelson PC to serve as counsel for Plaintiff pursuant to Local Rules 83.11 and 83.37. (Dkt. 25.)

2. On March 29, 2016, Ms. Winkowski entered her appearance to serve as one of Plaintiff's counsel of record. (Dkt. 28.)

3. As of March 10, 2017, Ms. Winkowski will no longer be working for the law firm of Edelson PC. As such, Ms. Winkowski seeks leave to withdraw her appearance on behalf of Plaintiff.

4. Although Ms. Winkowski will no longer be working for Edelson PC, Plaintiff will

1

continue to be represented by other attorneys at Edelson PC, including Mr. Balabanian. Therefore, Plaintiff will not be prejudiced by Ms. Winkowski's withdrawal.

     5.     Ms. Winkowski conferred with counsel for Defendants on February 28, 2017, who confirmed via electronic mail that Defendants do not oppose this motion.

**WHEREFORE,** Ms. Winkowski respectfully requests that the Court enter an order granting her leave to withdraw as one of Plaintiff's counsel of record.

                                        Respectfully submitted,

Dated: March 2, 2017                     By: <u>s/ Elizabeth Winkowski</u>
                                                      One of Plaintiff's Attorneys

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Elizabeth Winkowski
ewinkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60604
Tel: 312.589.6370
Fax: 312.589.6378

## CERTIFICATE OF SERVICE

    I, Elizabeth Winkowski, an attorney, hereby certify that on March 2, 2017, I served the above and foregoing to by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                                          s/ Elizabeth Winkowski