UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Malik Shabazz
                Plaintiff,

v.                                   Case No.: 1:15−cv−05694
                                          Honorable Amy J. St. Eve

Sean Cusack, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 8, 2017:

      MINUTE entry before the Honorable Sheila M. Finnegan: This case has been referred to Magistrate Judge Finnegan to conduct a settlement conference. The parties shall jointly contact the courtroom deputy (312/408−5110) with mutually agreeable dates for a settlement conference or appear on 3/17/2017 at 9:45 a.m. for a status hearing. The parties are directed to review and comply with Magistrate Judge Finnegan's Standing Order for Settlement Conferences (available on the court's website at www.ilnd.uscourts.gov by selecting the link for Magistrate Judge Finnegan and then the link for "Settlement Conferences"). Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.